# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00727-CR

The State of Texas, Appellant

v.

John Phillip Couch, II, Appellee

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-444, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The State of Texas has filed a motion to abate this appeal and remand the cause to the district court so that the State may object to the district court's fact findings and request additional findings. We grant the motion, abate the appeal, and remand the cause to the district court. A supplemental clerk's record containing the State's objections and the district court's additional findings, if any, shall be filed with this Court by August 6, 2018. This appeal will be reinstated after the supplemental clerk's record is filed.

It is ordered July 17, 2018.

Before Justices Puryear, Pemberton, and Goodwin

Abated and Remanded

Filed: July 17, 2018

Do Not Publish